| | |
|---|---|
| 1 | JOHNSON LAW FIRM APC |
| | FRANK J. JOHNSON, Cal. Bar No. 174882 |
| 2 | 402 West Broadway, Suite 2700 |
| | San Diego, CA 92101 |
| 3 | Telephone: 619/230-0063 |
| | Facsimile: 619/230-1839 |
| 4 | |
| | PROVOST UMPHREY LLP |
| 5 | JOE KENDALL (Tex. Bar No. 11260700) |
| | WILLIE BRISCOE (Tex. Bar No. 24001788) |
| 6 | 3232 McKinney, Ste. 700 |
| | Dallas, TX 75204 |
| 7 | Telephone: 214/744-3000 |
| | 214/744-3015 (fax) |
| 8 | |
| | Attorneys for Plaintiff |
| 9 | |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RUSSELL TRASKY, Derivatively On Behalf of JDS UNIPHASE CORPORATION, | ) ) ) | Case No. C-05-04855 CW |
| Plaintiff, | ) ) ) ) | **ORDER VACATING COURT'S FEBRUARY 2, 2006 ORDERS RE COUNSEL PRO HAC VICE** |
| vs. | ) ) | |
| JOZEF STRAUS, DONALD R. SCIFRES, MARTIN A. KAPLAN, DONALD J. LISTWIN, CASIMIR S. SKRZYPCZAK, ROBERT E. ENOS, JOHN A. MacNAUGHTON, PETER A. GUGLIELMI, KEVIN KALKHOVEN, BRUCE D. DAY, FREDERICK L. LEONBERGER, WILSON SIBBETT, WILLIAM J. SINCLAIR, ANTHONY R. MULLER, DAN E. PETTIT, CHARLES J. ABBE, M. ZITA COBB, JOSEPH IP, MICHAEL C. PHILLIPS and DOES 1-25, inclusive, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| - and - | ) ) | |
| JDS UNIPHASE CORPORATION, a Delaware corporation, | ) ) ) | |
| Nominal Defendant. | ) ) ) ) | |

- 1 -

ORDER
Case No C-05-04855 CW

## **ORDER**

The Court's previous orders, dated February 2, 2006, admitting Joe Kendall and Willie Briscoe as counsel pro hac vice on behalf of defendant Jozef Strauss are hereby VACATED.

Dated:  3/2/06                                             /s/ CLAUDIA WILKEN
                                                            Hon. Claudia Wilkin

- 2 -
ORDER
Case No C-05-04855 CW