FILED
MAR - 2 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RUSSELL TRASKY, Derivatively on behalf of JDS UNIPHASE CORP.
         Plaintiff(s),

v.

JOZEF STRAUS, et al.

         Defendant(s).

CASE NO. C05-04855 CW

AMENDED (Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY
PRO HAC VICE

Joe Kendall _____, an active member in good standing of the bar of Texas _____, whose business address and telephone number is _____ 3232 McKinney Ave., Suite 700, Dallas TX 75204 - (214) 744-3000 _____, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing RUSSELL TRASKY _____.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: MAR - 2 2006

_____
United States District   Judge