FILED
MAR - 2 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL TRASKY, Derivatively on behalf of JDS UNIPHASE CORP.<br>Plaintiff(s),<br>v.<br>JOZEF STRAUS, et al.<br>Defendant(s). | CASE NO. C05-04855 CW<br>AMENDED (Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Willie Briscoe _____, an active member in good standing of the bar of Texas _____, whose business address and telephone number is _____ 3232 McKinney Ave., Suite 700, Dallas TX 75204 - (214) 744-3000 _____, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing RUSSELL TRASKY _____.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: MAR - 2 2006

_____
United States District Judge