IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL TRASKY,<br><br>    Plaintiff,<br><br>  v.<br><br>JOZEF STRAUS, et al.,<br><br>    Defendants. | No. 05-04855 CW<br><br>ORDER ADMINISTRATIVELY CLOSING CASE |

On March 16, 2006, the above-captioned case was consolidated for all further proceedings with C-02-2020 CW, <u>Corwin v Kaplan</u>. Accordingly,

IT IS HEREBY ORDERED that:

There appears to be no further reason at this time to maintain the file as an open one for statistical purposes, and the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

Nothing contained in this Order shall be considered a dismissal or disposition of this action, and, should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this Order had not been entered.

Dated: 3/21/07

                                            */s/ Claudia Wilken*
                                        CLAUDIA WILKEN
                                        United States District Judge